# United States District Court
## Eastern District of New York



**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Michael Kramer**
Chief Deputy, Central Islip

To: Immigration and Naturalization Service

FEB 1 5 2022

I do hereby state that on the _____, ____ original name changes were approved by order of this court on _____6_____ 2022 and were transmitted.

Date: FEB 1 5 2022
Place: Brooklyn, N.Y.

Brenna B. Mahoney
Clerk of Court

_____
Deputy Clerk

---

To: Brenna B. Mahoney
Clerk of Court
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

I hereby acknowledge receipt of the _____6_____ original name change documents.

Date: FEB 1 5 2022
Place: Brooklyn, N.Y.

By: _____
Immigration Officer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORDER GRANTING PETITION(S) FOR CHANGE OF NAME

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the oath of allegiance. The ___6___ Petitions for name changes filed by the attached listed applicants for naturalization are hereby granted.

Date: __FEB 15 2022__

So Ordered,

_____
United States ~~District~~ Judge
Bankruptcy