# Oath of Allegiance and Order Granting Request for Name Change



Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form-N647
Internal Form

Date (*mm/dd/yyyy*) 02/04/2022
List No. _____
This is Page __1__ of __6__

UNITED STATES DISTRICT COURT
DISTRICT OF _____

## IN RE: NATURALIZATION CEREMONY

### PRESENTATION OF CANDIDATES FOR NATURALIZATION AND NAME CHANGE REQUESTS

To the Honorable _____ Sitting At: _____

The individuals listed below have filed applications for naturalization with U.S. Citizenship and Immigration Services (USCIS). USCIS has determined that they are eligible for naturalization and has approved their naturalization applications. Pursuant to section 310(b) of the Immigration and Nationality Act, the Court is authorized to administer the Oath of Allegiance, and upon completion of the administration of the oath, to present each candidate with the Certificate of Naturalization.

Additionally, some candidates have also requested a name change. The requested name change is designated by an * in the 'Name of Applicant' column beneath the applicant's legal name. Accordingly, USCIS is also presenting those requests for name change to the Court for appropriate action.

| No. | Alien Registration No. | Name (*Including Name Change Requested) | Certificate No. |
|---|---|---|---|
| 1 | 214-794-013 | PEREZ, KEVIN OBRAYAN | 43338731 |
| 2 | 206-324-032 | AGUDELO SALAZAR, NATALIA ANDREA | 43338732 |
| 3 | 205-219-051 | LI, YUE | 43338733 |
| 4 | 207-522-054 | GURUNG, KESANG CHOEDON | 43338734 |
| 5 | 064-813-089 | PERIS, SWAPON FRANCIS | 43338735 |
| 6 | 208-495-094 | AGRELLA DIAZ, RODOLFO | 43338736 |
| 7 | 064-919-135 | AKTER, SHAHINA | 43338738 |
| 8 | 061-924-135 | PENA ROSARIO, MERCEDES ANTONIA | 43338737 |

Date (*mm/dd/yyyy*) 02/04/2022
List No. _____
This is Page 2 of 6

# CONTINUATION SHEET

In the ___US District___ Court of _____ at _____.

| | | | |
|---|---|---|---|
| 9 | 207-564-192 | URUCI, JONIDA | 43338739 |
| 10 | 207-864-196 | TUNG, CHOI WAN | 43338740 |
| 11 | 207-059-244 | RAMLOCHAN, LENA | 43338741 |
| 12 | 207-776-260 | JETAWO, OLUSHOLA ROTIMI | 43338742 |
| 13 | 064-910-271 | SHIWSANKAR, PREMDAI (*VEERASAMMY, PREMDAI ) | 43338743 |
| 14 | 207-013-306 | HERNANDEZ MERINO, SAARAIM MARESA | 43338744 |
| 15 | 071-313-318 | MUSHYAKOV, DANIEL | 43338745 |
| 16 | 207-174-326 | HENRY, MARVA LEE | 43338746 |
| 17 | 065-823-356 | ULLAH, MUHAMMAD HEDAYET (*KHAN, MUHAMMAD HEDAYET ULLAH) | 43338747 |
| 18 | 087-584-381 | CHEN, WAN CHUN | 43338748 |
| 19 | 204-953-383 | SAMAROO, IAN | 43338749 |
| 20 | 064-926-418 | IGBINOSUN, OSABUOHIEN JOSEPHINE | 43338750 |
| 21 | 062-958-452 | VARGAS CAMACHO, GENOVEVA LINOZKA | 43338751 |
| 22 | 064-121-457 | GAVIOLA, DAVILYN GARAIS | 43338752 |
| 23 | 075-982-468 | JORDAN, VANESSA MELISSA | 43338753 |

Date (*mm/dd/yyyy*) 02/04/2022
List No. _____
This is Page  3  of  6 

# CONTINUATION SHEET

In the ___US District___ Court of _____ at _____ .

| 24 | 064-534-475 | ETWAROO, SHANTA | 43338754 |
|---|---|---|---|
| 25 | 075-946-497 | RAMIREZ HERNANDEZ, NELSON DE JESUS | 43338755 |
| 26 | 063-173-505 | DAOUD, ZAIN ASHRAF ABDALLAH | 43338756 |
| 27 | 064-649-511 | SHERPA, TSERING LHAMO | 43338757 |
| 28 | 204-495-515 | RIUS, TRISHA ANN CALLEJA | 43338758 |
| 29 | 061-736-542 | SEALEY, LISA VENESE | 43338759 |
| 30 | 064-767-544 | IMRAN, MOHAMMAD AL | 43338760 |
| 31 | 028-914-562 | PIATOFF, CAROLINA ELISABETH | 43338761 |
| 32 | 064-665-568 | CALVO GRILLO, ALDO JAVIER | 43338762 |
| 33 | 064-935-577 | ISLAM, MD WAHADUL | 43338763 |
| 34 | 064-935-578 | AFSAR, HASINA BINTE | 43338764 |
| 35 | 064-935-580 | ISLAM, FARIHA | 43338765 |
| 36 | 203-298-580 | RASIC, AIDA | 43338766 |
| 37 | 063-269-585 | LOPEZ TORRES, INDHIRA | 43338767 |
| 38 | 061-927-593 | ALRICHE, ROSE GRACIA | 43338768 |

Date (*mm/dd/yyyy*) 02/04/2022
List No. _____
This is Page  4  of  6 

## CONTINUATION SHEET

In the ___US District___ Court of _____ at _____.

| | | | |
|---|---|---|---|
| 39 | 214-818-600 | BELINGON, CHARLEMAGNE GADIANO | 43338769 |
| 40 | 207-502-611 | KHAMMADOV, ILYAR | 43338770 |
| 41 | 063-036-616 | BHAT, NARAYAN BAHADUR | 43338771 |
| 42 | 064-625-621 | FAIZ, KHALED MOHD | 43338772 |
| 43 | 208-394-624 | SYLVESTER GEORGE, USELINE BERTHIA | 43338773 |
| 44 | 204-233-631 | AGRON, CONNY GRACIELA | 43338774 |
| 45 | 064-610-638 | BAH, AMADOU | 43338775 |
| 46 | 214-318-673 | PALMA, JAN CRISTOPHER | 43338776 |
| 47 | 088-266-684 | OZ, OGUZ | 43338777 |
| 48 | 206-834-717 | ACOSTA OSORIO, KENNY SUSANA | 43338778 |
| 49 | 061-255-724 | MIR, REZIA JESMIN | 43338779 |
| 50 | 064-958-730 | DINARAM, PREADARSHANI DEVI | 43338780 |
| 51 | 099-040-773 | DONG, QIANWEN (*DONG, CECILIA QIANWEN) | 43338781 |
| 52 | 064-866-781 | VERMA, JANESH | 43338782 |
| 53 | 087-368-788 | MAO, XIAODONG (*MAO, MOREN ) | 43338783 |

Date (*mm/dd/yyyy*) 02/04/2022
List No. 
This is Page 5 of 6

## CONTINUATION SHEET

In the ____US District____ Court of _____ at _____ .

| | | | |
|---|---|---|---|
| 54 | 063-532-810 | SUKHNANDAN, INDRA NAUTH | 43338784 |
| 55 | 063-532-814 | SUKHNANDAN, DULARIE | 43338785 |
| 56 | 207-411-831 | CULLEN, GLENN GEORGE | 43338786 |
| 57 | 064-911-838 | DHANPAUL, TULSIE PERSAUD | 43338787 |
| 58 | 214-028-843 | PADUA, CARINA SALAMEDA | 43338788 |
| 59 | 210-110-848 | MATIC, ERNIE MAMARIL | 43338789 |
| 60 | 059-224-849 | WU, FANG | 43338790 |
| 61 | 089-899-896 | LU, LU | 43338791 |
| 62 | 204-642-900 | CUMBICOS CAJAMARCA, TANIA MARICELA | 43338792 |
| 63 | 071-107-902 | MAKSUMOV, ILOZOR MANAKHEMOVICH | 43338793 |
| 64 | 055-013-928 | CASTILLO URENA, MERCEDES ALTAGRACIA | 43338794 |
| 65 | 207-357-929 | CUPID, AMANDA MICHELLE | 43338795 |
| 66 | 076-901-959 | KANG, MIN HYE<br>(*KANG, ALYSSA ) | 43338796 |
| 67 | 207-491-985 | PANI MOLINA, CLAUDIA DEL ROCIO | 43338797 |
| 68 | 042-185-986 | SERRANO, VIRGINIA GONZALES *ABS* | 43338798 |

Date (mm/dd/yyyy) 02/04/2022
List No. _____
This is Page 6 of 6

## CONTINUATION SHEET

In the __US District__ Court of _____ at _____.

| 69 | 064-474-987 | MOHAMED, SURSATIE | 43338799 |
| 70 | 207-726-998 | PERSAUD BISSOONCHAND, TEIJVATI (*PERSAUD, TEIJVATI ) | 43338800 |

Respectfully Submitted,

_____
Signature of Officer Certifying Eligibility

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
~~225 CADMAN PLAZA EAST~~
BROOKLYN, NEW YORK 11201

In the __US District__ Court of _____ at _____
Each of the candidates listed on List No. _____, sheet(s) 1 to 6 dated 02/04/2022 except for those whose names have been struck from the list, appeared in person in open Court at an oath administration ceremony held on __February 15, 2022 10:00 AM__, and having taken the oath of allegiance as prescribed in Section 337 of the Immigration and Nationality Act, was issued the Certificate of Naturalization. The names of those candidates who did not appear and take the oath have been struck from the list and the respective certificates of naturalization returned to USCIS.

**BRENNA B. MAHONEY**
Signature of the Clerk of Court

FEB 1 5 2022
Date (mm/dd/yyyy)

In conjunction with the administration of the Oath of Allegiance, the requests for name change are hereby granted and it is so ordered.

_____
Signature of the Judge

FEB 1 5 2022
Date (mm/dd/yyyy)

U.S. Citizenship and Immigration Services
ELIS

# Oath Ceremony Nationality Report

for

U.S. Citizenship and Immigration Services

**Oath Ceremony Site: QNS  EDC**

| Nationality | Number of Cases |
|---|---|
| Albania | 1 |
| Bangladesh | 9 |
| Belize | 1 |
| China | 5 |
| Colombia | 3 |
| Dominican Republic | 3 |
| Ecuador | 3 |
| Guatemala | 1 |
| Guinea | 1 |
| Guyana | 9 |
| Haiti | 1 |
| Honduras | 1 |
| Hong Kong | 1 |
| India | 1 |
| Ireland | 1 |
| Jamaica | 1 |
| Jordan | 1 |
| Korea, South | 1 |
| Mexico | 1 |
| Montenegro | 1 |
| Nepal | 3 |
| Netherlands | 1 |
| Nigeria | 2 |
| Peru | 2 |
| Philippines | 6 |
| Saint Lucia | 1 |
| Taiwan | 1 |
| Trinidad and Tobago | 3 |
| Turkey | 1 |
| Uzbekistan | 3 |
| Venezuela | 1 |

Total Number of Cases: | 70 |