

# Petition for Name Change
## Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
EASTERN DISTRICT OF NEW YORK

A-064910271

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8**. (Type or print clearly.)

1. Full and Correct Name (Current Name)
   - Given Name (First Name): PREMDAI
   - Middle Name:
   - Family Name (Last Name): SHIWSANKAR

2. Mailing Address
   - Street Number and Name: 9732 WALTHAM ST
   - City or Town: JAMAICA
   - State: NY
   - ZIP Code: 11435-4703

3. Country of Citizenship or Nationality: Guyana

4. Date of Birth (mm/dd/yyyy): 01/11/1969

5. Alien Registration Number (A-Number): A-064910271

6. ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:
   - First Name: PREMDAI
   - Middle Name:
   - Last Name: VEERASAMMY

8. Signature and Date
   - Signature of Petition (Use your current name): P Shiwsankar
   - Date (mm/dd/yyyy): 01/18/2022

## Certification of Name Change

I certify that the above petition was granted by the court on this date, FEB 15 2022 (mm/dd/yyyy)

**BRENNA B. MAHONEY**
Signature of Clerk

Signature of Deputy Clerk

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16



# Petition for Name Change

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
EASTERN DISTRICT OF NEW YORK

A- 065823356

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8**. (Type or print clearly.)

1. Full and Correct Name (Current Name)
   - Given Name (First Name): MUHAMMAD
   - Middle Name: HEDAYET
   - Family Name (Last Name): ULLAH

2. Mailing Address
   - Street Number and Name: 10834 169TH PL
   - City or Town: JAMAICA
   - State: NY
   - ZIP Code: 11433-2930

3. Country of Citizenship or Nationality: Bangladesh
4. Date of Birth (mm/dd/yyyy): 04/06/1982
5. Alien Registration Number (A-Number): A-065823356

6. ☑ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:
   - First Name: MUHAMMAD
   - Middle Name: HEDAYET ULLAH
   - Last Name: KHAN

8. Signature and Date
   - Signature of Petition (Use your current name): MUHAMMAD HEDAYET ULLAH
   - Date (mm/dd/yyyy): 12/01/2021

## Certification of Name Change

I certify that the above petition was granted by the court on this date: FEB 15 2022 (mm/dd/yyyy)

**BRENNA B. MAHONEY**
Signature of Clerk

Signature of Deputy Clerk

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16



# Petition for Name Change

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form N-662



Name of Court

__EASTERN DISTRICT OF NEW YORK__

A-099040773

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete Item Number lines 1 – 8. (Type or print clearly.)

1. Full and Correct Name (Current Name)

   | Given Name (First Name) | Middle Name | Family Name (Last Name) |
   |---|---|---|
   | QIANWEN | | DONG |

2. Mailing Address

   | Street Number and Name | City or Town | State | ZIP Code |
   |---|---|---|---|
   | 4310 CRESCENT ST | LONG ISLAND CITY | NY | 11101-4286 |

3. Country of Citizenship or Nationality: China
4. Date of Birth (mm/dd/yyyy): 05/04/1986
5. Alien Registration Number (A-Number): A-099040773

6. [✓] I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:

   | First Name | Middle Name | Last Name |
   |---|---|---|
   | CECILIA | QIANWEN | DONG |

8. Signature and Date

   Signature of Petition (Use your current name): *[signature]*

   Date (mm/dd/yyyy): 02/15/2022

## Certification of Name Change

I certify that the above petition was granted by the court on this date, FEB 15 2022 (mm/dd/yyyy)

**BRENNA B. MAHONEY**
Signature of Clerk

Signature of Deputy Clerk: *[signature]*

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16



# Petition for Name Change
## Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
EASTERN DISTRICT OF NEW YORK

A-087368788

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8**. (Type or print clearly.)

1. Full and Correct Name (Current Name)
   - Given Name (First Name): XIAODONG
   - Middle Name:
   - Family Name (Last Name): MAO

2. Mailing Address
   - Street Number and Name: 14735 38TH AVE B62
   - City or Town: FLUSHING
   - State: NY
   - ZIP Code: 11354-4802

3. Country of Citizenship or Nationality: China
4. Date of Birth (mm/dd/yyyy): 07/08/2002
5. Alien Registration Number (A-Number): A-087368788

6. ☑ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:
   - First Name: MOREN
   - Middle Name:
   - Last Name: MAO

8. Signature and Date
   - Signature of Petition (Use your current name): /signature/
   - Date (mm/dd/yyyy): 01/18/2022

## Certification of Name Change

I certify that the above petition was granted by the court on this date: **FEB 15 2022** (mm/dd/yyyy)

**BRENNA B. MAHONEY**
Signature of Clerk

Signature of Deputy Clerk: /signature/

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16



# Petition for Name Change

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662



Name of Court
**EASTERN DISTRICT OF NEW YORK**

A-076901959

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete Item Number lines 1 – 8. (Type or print clearly.)

1. Full and Correct Name (Current Name)
   - Given Name (First Name): MIN HYE
   - Middle Name:
   - Family Name (Last Name): KANG

2. Mailing Address
   - Street Number and Name: 14431 41ST AVE APT 1H
   - City or Town: FLUSHING
   - State: NY
   - ZIP Code: 11355-1452

3. Country of Citizenship or Nationality: Korea, South
4. Date of Birth (mm/dd/yyyy): 09/11/1997
5. Alien Registration Number (A-Number): A-076901959

6. ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:
   - First Name: ALYSSA
   - Middle Name:
   - Last Name: KANG

8. Signature and Date
   - Signature of Petition (Use your current name): [signature]
   - Date (mm/dd/yyyy): 01/18/2022

## Certification of Name Change

I certify that the above petition was granted by the court on this date, FEB 15 2022

**BRENNA B. MAHONEY**
Signature of Clerk

Signature of Deputy Clerk: [signature]

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16




# Petition for Name Change

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662

**Name of Court**
EASTERN DISTRICT OF NEW YORK

A-207726998

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8**. (Type or print clearly.)

1. Full and Correct Name (Current Name)
   - Given Name (First Name): TEIJVATI
   - Middle Name:
   - Family Name (Last Name): PERSAUD BISSOONCHAND

2. Mailing Address
   - Street Number and Name: 117 53 140 STREET FLR 2
   - City or Town: JAMAICA
   - State: NY
   - ZIP Code: 11436

3. Country of Citizenship or Nationality: Guyana
4. Date of Birth (mm/dd/yyyy): 01/08/1975
5. Alien Registration Number (A-Number): A-207726998

6. [✓] I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:
   - First Name: TEIJVATI
   - Middle Name:
   - Last Name: PERSAUD

8. Signature and Date
   - Signature of Petition (Use your current name): *Teijvati Persaud*
   - Date (mm/dd/yyyy): 01/18/2022

## Certification of Name Change

I certify that the above petition was granted by the court on this date: FEB 15 2022 (mm/dd/yyyy)

Signature of Clerk: BRENNA B. MAHONEY
Signature of Deputy Clerk: *[signature]*

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16